UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | Case No: 21-48133-lsg |
| Richard Charles Moore (xxx-xx-9973) ) | |
| 23155 North Rosedale Court ) | Chapter 13 |
| Saint Clair Shores, MI  48080 ) | |
| Debtor ) | Hon. Lisa S. Gretchko |

### NOTICE OF DEBTOR'S OBJECTION TO CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (CLAIM #3)

Debtor has filed papers with the Court to object to the claim of Michigan Department of Treasury (Claim #3).  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to enter an order granting Debtor the requested relief or if you want the Court to consider your view on the Objection, at least (7) days prior to January 20, 2022 (the date set for hearing on the objection), you or your attorney must:

1. File with the Court a written response or an answer, explaining your position, at: United States Bankruptcy Court, 211 West Fort St., Suite 700, Detroit, MI 48226.  If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.  You must also mail a copy to:

| | |
|---|---|
| Gudeman & Assoc., P.C. | Chapter 13 Trustee – David Ruskin |
| 1026 W. Eleven Mile Road | 26555 Evergreen Rd. Ste 1100 |
| Royal Oak, MI, 48067 | Southfield, MI 48076 |

2. Attend the hearing on the objection, unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

The hearing is scheduled for January 20, 2022, at 10:00 am.

The hearing will be held at: 211 West Fort St., Room 1975, Detroit, MI 48226.  **If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be cancelled, and the objection sustained.**

                                               Respectfully submitted,

                                               */s/ Brian Rookard*
                                               Brian A. Rookard (P-69836)
                                               Gudeman & Associates, P.C.
                                               Attorneys for Debtor
                                               1026 W. Eleven Mile Rd.
                                               Royal Oak, MI 48067
                                               Ph: 248-546-2800
Dated: December 13, 2021                   brookard@gudemanlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 21-48133-lsg |
| Richard Charles Moore (xxx-xx-9973) | ) | |
| 23155 North Rosedale Court | ) | Chapter 13 |
| Saint Clair Shores, MI  48080 | ) | |
| Debtor | ) | Hon. Lisa S. Gretchko |

**DEBTOR'S OBJECTION TO CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (CLAIM #3)**

NOW COMES Debtor, by and through Counsel, and for his objection to the claim of Michigan Department of Treasury (Claim #3) states as follows:

1. Debtor filed for Chapter 13 bankruptcy relief on October 13, 2021.

2. Debtor is the owner of Chuck Moore's Commercial Sign Service, LLC.

3. On October 27, 2021, Creditor filed its proof of claim in the total amount of $7,818.25 in priority unsecured debt, for the business taxes. The total is broken down as follows: $5,617.49 for Michigan Sales Tax and $2,200.76 for Michigan Withholding Tax, for the period of September 2021. The liabilities are listed as estimate amounts.

4. The claim is objectionable because Creditor issued a corrected bill for taxes due as of 11/12/2021, listing $0 balances for both the sales and withholding taxes. See attached Exhibit A.

WHEREFORE, for the foregoing reasons, Debtor requests that this honorable Court disallow the claim of Michigan Department of Treasury (Claim #3) in its entirety.

Respectfully submitted,

*/s/ Brian Rookard*
Brian A. Rookard (P-69836)
Gudeman & Associates, P.C.
Attorneys for Debtor
1026 W. Eleven Mile Rd.
Royal Oak, MI 48067
Ph: 248-546-2800
brookard@gudemanlaw.com

Dated: December 13, 2021


Michigan Department of Treasury
168 (Rev. 04-19) INTNTCOR

# CORRECTED as of 11/12/2021
# Bill for Taxes Due
**Intent to Assess**
Issued under P.A. 122 of 1941, as amended.

| Assessment Number | Original Date Issued |
|---|---|
| VA9KN5U | 11/04/2021 |
| **Account Number** | |
| ▉9053 | |
| **For payment options, contact the Collection Services Bureau** | |
| 517-636-5265    michigan.gov/collectionseservice | |
| **For questions regarding reasons for this billing** | |
| BUSINESS TAX    (517)636-6925 | |

MOORE RICHARD C
CHUCK MOORES COMMERCIAL SIGN
SERVICE LLC
28010 GROESBECK HWY
ROSEVILLE MI 48066-2345

**BILL SUMMARY**

| Tax Due | $0.00 |
|---|---|
| Penalty | $0.00 |
| Interest | $0.00 |
| Total Due | $0.00 |

### Detail of Tax Liability

| Type of Tax | Taxable Period | Tax Due | Penalty | Interest |
|---|---|---|---|---|
| MICHIGAN SALES TAX | 09/21 | $0.00 | $0.00 | $0.00 |

### Reason for Tax Bill

WE CORRECTED THE TAXABLE PERIOD(S) SHOWN ABOVE BASED ON THE ACTUAL/AMENDED RETURN(S) OR ADDITIONAL INFORMATION RECEIVED.


Michigan Department of Treasury
168 (Rev. 04-19) INTNTCOR

# CORRECTED as of 11/12/2021
# Bill for Taxes Due
## Intent to Assess
Issued under P.A. 122 of 1941, as amended.

| Assessment Number | Original Date Issued |
|---|---|
| VA9KN5V | 11/04/2021 |

**Account Number**
　　　053

For payment options, contact the Collection Services Bureau
517-636-5265    michigan.gov/collectionseservice

For questions regarding reasons for this billing
BUSINESS TAX    (517) 636-6925

MOORE RICHARD C
CHUCK MOORES COMMERCIAL SIGN
SERVICE LLC
28010 GROESBECK HWY
ROSEVILLE MI 48066-2345

### BILL SUMMARY

| | |
|---|---:|
| Tax Due | $0.00 |
| Penalty | $0.00 |
| Interest | $0.00 |
| Total Due | $0.00 |

## Detail of Tax Liability

| Type of Tax | Taxable Period | Tax Due | Penalty | Interest |
|---|---|---|---|---|
| MICHIGAN WITHHOLDING TAX | 09/21 | $0.00 | $0.00 | $0.00 |

## Reason for Tax Bill

WE CORRECTED THE TAXABLE PERIOD(S) SHOWN ABOVE BASED ON THE ACTUAL/AMENDED RETURN(S) OR ADDITIONAL INFORMATION RECEIVED.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 21-48133-lsg |
| Richard Charles Moore (xxx-xx-9973) | ) | |
| 23155 North Rosedale Court | ) | Chapter 13 |
| Saint Clair Shores, MI 48080 | ) | |
| Debtor | ) | Hon. Lisa S. Gretchko |

## (PROPOSED) ORDER DISALLOWING THE CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (CLAIM #3)

This matter having come before the Court upon the objection of Debtor to the claim of Michigan Department of Treasury (Claim #3), all interested parties having been served with notice of the objection, no objections having been received, or in the alternative a hearing having been held and the court being fully advised in the premises:

IT IS ORDERED that the claim of Michigan Department of Treasury (Claim #3) is disallowed in its entirety.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>Richard Charles Moore (xxx-xx-9973)<br>23155 North Rosedale Court<br>Saint Clair Shores, MI 48080<br><br>Debtor | ) Case No: 21-48133-lsg<br>)<br>) Chapter 13<br>)<br>) Hon. Lisa S. Gretchko |

## CERTIFICATE OF SERVICE

Counsel for Debtor certifies that on December 13, 2021, he served the documents listed below on the parties listed below and that he served the same either by way of electronic notification through the ECF system or by mailing the same by way of first class mail, through the United States Postal Service, postage prepaid.

DOCUMENTS SERVED
- *Debtor's Objection to the Claim of Michigan Department of Treasury (Claim #3)*
- *Notice of Objection*
- *Proposed Order, and this*
- *Certificate of Service*

PARTIES SERVED

- Chapter 13 Trustee, David Ruskin (via ECF)
- Moe Freedman, Assistant Attorney General (via ECF)
- Michigan Department of Treasury; Bankruptcy Unit; PO Box 30168; Lansing, MI 48909

                                                   Respectfully submitted,

                                                   */s/ Brian Rookard*
                                                   Brian A. Rookard (P-69836)
                                                   Gudeman & Associates, P.C.
                                                   Attorneys for Debtor
                                                   1026 W. Eleven Mile Rd.
                                                   Royal Oak, MI 48067
                                                   Ph: 248-546-2800
Dated: December 13, 2021                       brookard@gudemanlaw.com