3153 (Rev. 01-19)



GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

RACHAEL EUBANKS
STATE TREASURER

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Richard Charles Moore
23155 North Rosedale Court
Saint Clair Shores, MI 48080

Case No.: 21-48133
Chapter 13
Hon. Lisa S. Gretchko

Debtor

## WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIMS

The State of Michigan, Department of Treasury, hereby withdrawals its request for payment of the following claims:

Secured: Claim No.                  $

Priority: Claim No. 3-2             $80.27

Unsecured: Claim No. 3-2            $185.45

Administrative: Claim No.           $

Total to be withdrawn: $265.72

/s/ Micaela Fulgencio

Bankruptcy Clerk
Collection Services Bureau, Bankruptcy